# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge David L. West

Criminal Case No. 08-PO-00119-DLW

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**1. PAUL GARCIA,**

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    Counsel for the Defendant has filed a Motion for Discovery and Hearing [Doc. 14] and the Government has filed its Response to Defendant's Motion for Discovery and Hearing [Doc. 15]. The Court has reviewed these documents and based upon the Government's Response will not schedule a hearing in this matter at this time.

    **IT IS HEREBY ORDERED** that if counsel for the Defendant wishes a hearing to be scheduled in this matter that a written request to the Court must be filed within 10 days of the date of this Order.

**DATED: July 17, 2008**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**